# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Pacific Capital Funding Group Inc.,<br><br>        Debtor. | Case No. 26-30358-WJL<br><br>Chapter 11 |
| In re:<br><br>Pacific Private Money Group LLC<br><br>        Debtor. | Case No. 26-30535-WJL<br><br>Chapter 11 |
| In re:<br><br>Private Money Management Group LLC<br><br>        Debtor. | Case No. 26-30544-WJL<br><br>Chapter 11 |
| In re:<br><br>Private Mortgage Capital, LLC<br><br>        Debtor. | Case No. 26-30539-WJL<br><br>Chapter 11 |
| In re:<br><br>Pacific Note Fund Management Group LLC<br><br>        Debtor. | Case No. 26-30540-WJL<br><br>Chapter 11 |
| In re:<br><br>Pacific Private Money, Inc.<br><br>        Debtor. | Case No. 26-30533-WJL<br><br>Chapter 11 |
| In re:<br><br>Pacific Private Money Partners LLC<br><br>        Debtor. | Case No. 26-30536-WJL<br><br>Chapter 11 |

| | |
|---|---|
| In re:<br><br>Arrival Home Loans LLC<br><br>Debtor. | Case No. 26-30543-WJL<br><br>Chapter 11 |
| In re:<br><br>Pacific Private Money Fund 1 LLC<br><br>Debtor. | Case No. 26-30534-WJL<br><br>Chapter 11 |
| In re:<br><br>Pacific Southwest Note Fund LLC<br><br>Debtor. | Case No. 26-30541-WJL<br><br>Chapter 11 |
| In re:<br><br>Pacific Freedom Fund LLC<br><br>Debtor. | Case No. 26-30532-WJL<br><br>Chapter 11 |
| In re:<br><br>Pacific Opportunity Fund LLC<br><br>Debtor. | Case No. 26-30537-WJL<br><br>Chapter 11 |
| In re:<br><br>Arrival Fund I, LLC<br><br>Debtor. | Case No. 26-30542-WJL<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I, Scott M. Ewing, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the proposed claims and noticing agent for the Debtors in the above-captioned case.

[*Remainder of page intentionally left blank*]

On June 22, 2026, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via Overnight Mail upon the service list attached hereto as **Exhibit C**:

- **Motion of Debtors for Entry of an Order (I) Directing the Joint Administration of the Debtors' Chapter 11 Cases and (II) Granting Certain Related Relief** [Docket No. 6]

- **Motion of Debtors for Entry of an Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs** [Docket No. 7]

- **Application of Debtors Pursuant to B.L.R. 4002-1 for Order Appointing Responsible Individuals** [Docket No. 8]

- **Declaration of William R. Brinkman in Support of Chapter 11 Petitions and First Day Motions** [Docket No. 9]

- **Notice of Hearing on Debtors' (I) Motion for Joint Administration; (II) Motion to Extend Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs; (III) Motion for Authorization to File a Redacted Mailing Matrix to Redact Certain Personal Identification Information for Individual Creditors; and (IV) Application of Debtors Pursuant to B.L.R. 4002–1 for Order Appointing Responsible Individuals** [Docket No. 10]

- **Emergency Motion of Debtors for Authorization to File a Redacted Mailing Matrix to Redact Certain Personal Identification Information for Individual Creditors** [Docket No. 11]

Dated: June 24, 2026

/s/ Scott M. Ewing
Scott M. Ewing
Verita
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 Largest Unsecured Creditors | Andre S. Borgman and Eve Cooper, as Co-Trustees | | Email on File |
| Top 30 Largest Unsecured Creditors | Andrew D. Chew, as Trustee of The Chew Family Trust | | Email on File |
| California Department of Financial Protection and Innovation | California Department of Financial Protection and Innovation | Danielle A. Stoumbos, Daniel Lewis | Ask.DFPI@dfpi.ca.gov |
| Top 30 Largest Unsecured Creditors | David F. Martin and Cecilia J. Allen Martin | | Email on File |
| Top 30 Largest Unsecured Creditors | Edward and Terri Lynn Cousley | | Email on File |
| Top 30 Largest Unsecured Creditors | Forge Trust CFBO Carolyn Clark IRA | Carolyn Clark | Email on File |
| Top 30 Largest Unsecured Creditors | Forge Trust Co. CFBO Aftab Omer IRA | Aftab Omer | Email on File |
| Top 30 Largest Unsecured Creditors | Grant and Dawnell Lewis | | Email on File |
| Top 30 Largest Unsecured Creditors | James Holsworth | | Email on File |
| Top 30 Largest Unsecured Creditors | Janette Brooks, Trustee of The Linda Smith Family Trust | Janette Brooks | Email on File |
| Top 30 Largest Unsecured Creditors | John J. Boyle and Judy S. Boyle 2007 Trust | | Email on File |
| Top 30 Largest Unsecured Creditors | John Zimmerman | | Email on File |
| Top 30 Largest Unsecured Creditors | Kaiser R. Mulla-Feroze Living Trust | Kaiser R. Mulla-Feroze | Email on File |
| Top 30 Largest Unsecured Creditors | Mark Anderson Living Trust | | Email on File |
| Top 30 Largest Unsecured Creditors | Mary Anne Rohde, Trustee of Mary Anne Rohde Trust | Mary Anne Rohde | Email on File |
| Top 30 Largest Unsecured Creditors | McClintock Properties, L.P | | Email on File |
| Top 30 Largest Unsecured Creditors | Michael P. Roy | | Email on File |
| Top 30 Largest Unsecured Creditors | N. Todd Smith Revocable Trust | | Email on File |
| Top 30 Largest Unsecured Creditors | Nan Frazee | | Email on File |
| Top 30 Largest Unsecured Creditors | Nicole Siminoff | | Email on File |
| Office of the United States Trustee | Office of the United States Trustee | Attn Phillip J. Shine | phillip.shine@usdoj.gov USTPRegion17.SF.ECF@usdoj.go |
| Top 30 Largest Unsecured Creditors | Richard and Rebekah Obbema | | Email on File |
| Top 30 Largest Unsecured Creditors | Rick Obbema, Legal Owner Via Non-Trust Custodial IRA | Rick Obbema | Email on File |
| Top 30 Largest Unsecured Creditors | Robert Nobili, Trustee of the Robert Nobili Revocable Trust | | Email on File |
| Top 30 Largest Unsecured Creditors | Robert O. Pellissier | | Email on File |
| Top 30 Largest Unsecured Creditors | Saluda Grade Alternative Lending & Fintech Growth Fund I LP | Attn Gregory V. Demo | GDemo@pszjlaw.com |
| Top 30 Largest Unsecured Creditors | Santa Cruz Imports, Inc. | Jonathan M. Bowne | Email on File |
| Top 30 Largest Unsecured Creditors | Susan M. Cohen Trust | | Email on File |
| Top 30 Largest Unsecured Creditors | The O'Hara Family Trust | | Email on File |
| Attorneys for We Alliance Secured Income Fund, LLC; We Alliance Structured Strategies Stock Allocations Fund, LLC; And We Alliance Structured Active Allocation Growth Fund, LLC | The Ryan Firm | Michael W. Stolzman, Jr. | ecf@theryanfirm.com |
| Top 30 Largest Unsecured Creditors | Thomas Ross Jackson Living Trust | Thomas Ross Jackson | Email on File |
| Top 30 Largest Unsecured Creditors | WE Alliance Secured Income Fund, LLC | Attn Michael W. Stoltzman, Jr. | Email on File |
| Top 30 Largest Unsecured Creditors | Yuli Hi Living Trust | | Email on File |

# Exhibit B

**Exhibit B**
**Interested Parties Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Interested Party | Ad Astra Law Group, P.C. | Katy Young | kyoung@astralegal.com |
| Interested Party | Fennemore | Tracy Green. Director | tgreen@fennemorelaw.com |
| Counsel for Daniel and Kelly Descalo | Outwater & Pinckes, LLP | Candice Bryner Crosby, David Outwater, Randi Pinckes | cbryner@oplawyers.com; doutwater@oplawyers.com; rpinckes@oplawyers.com |

# Exhibit C

Case: 26-30538   Doc# 14   Filed: 06/24/26   Entered: 06/24/26 15:23:32   Page 8 of 10

**Exhibit C**
**Core/2002 Service List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Top 30 Largest Unsecured Creditors | Andre S. Borgman and Eve Cooper, as Co-Trustees | | Address on File | | | | |
| Top 30 Largest Unsecured Creditors | Andrew D. Chew, as Trustee of The Chew Family Trust | | Address on File | | | | |
| Office of the California Attorney General | California Attorney General | Bankruptcy Department | 1300 I St., Ste. 1740 | | Sacramento | CA | 95814-2919 |
| California Department of Financial Protection and Innovation | California Department of Financial Protection and Innovation | Danielle A. Stoumbos, Daniel Lewis | 320 West 4th Street, Suite 750 | | Los Angeles | CA | 90013 |
| Top 30 Largest Unsecured Creditors | David F. Martin and Cecilia J. Allen Martin | | Address on File | | | | |
| Top 30 Largest Unsecured Creditors | Edward and Terri Lynn Cousley | | Address on File | | | | |
| Top 30 Largest Unsecured Creditors | Forge Trust CFBO Carolyn Clark IRA | Carolyn Clark | Address on File | | | | |
| Top 30 Largest Unsecured Creditors | Forge Trust Co. CFBO Aftab Omer IRA | Aftab Omer | Address on File | | | | |
| Top 30 Largest Unsecured Creditors | Grant and Dawnell Lewis | | Address on File | | | | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104 |
| Top 30 Largest Unsecured Creditors | James Holsworth | | Address on File | | | | |
| Top 30 Largest Unsecured Creditors | Janette Brooks, Trustee of The Linda Smith Family Trust | Janette Brooks | Address on File | | | | |
| Top 30 Largest Unsecured Creditors | John J. Boyle and Judy S. Boyle 2007 Trust | | Address on File | | | | |
| Top 30 Largest Unsecured Creditors | John Zimmerman | | Address on File | | | | |
| Top 30 Largest Unsecured Creditors | Kaiser R. Mulla-Feroze Living Trust | Kaiser R. Mulla-Feroze | Address on File | | | | |
| Top 30 Largest Unsecured Creditors | Mark Anderson Living Trust | | Address on File | | | | |
| Top 30 Largest Unsecured Creditors | Mary Anne Rohde, Trustee of Mary Anne Rohde Trust | Mary Anne Rohde | Address on File | | | | |
| Top 30 Largest Unsecured Creditors | McClintock Properties, L.P | | Address on File | | | | |
| Top 30 Largest Unsecured Creditors | Michael P. Roy | | Address on File | | | | |
| Top 30 Largest Unsecured Creditors | N. Todd Smith Revocable Trust | | Address on File | | | | |
| Top 30 Largest Unsecured Creditors | Nan Frazee | | Address on File | | | | |
| Top 30 Largest Unsecured Creditors | Nicole Siminoff | | Address on File | | | | |
| Office of the United States Trustee | Office of the United States Trustee | Attn Phillip J. Shine | 450 Golden Gate Avenue, Room 05-0153 | | San Francisco | CA | 94102 |
| Top 30 Largest Unsecured Creditors | Richard and Rebekah Obbema | | Address on File | | | | |
| Top 30 Largest Unsecured Creditors | Rick Obbema, Legal Owner Via Non-Trust Custodial IRA | Rick Obbema | Address on File | | | | |
| Top 30 Largest Unsecured Creditors | Robert Nobili, Trustee of the Robert Nobili Revocable Trust | | Address on File | | | | |
| Top 30 Largest Unsecured Creditors | Robert O. Pellissier | | Address on File | | | | |
| Top 30 Largest Unsecured Creditors | Saluda Grade Alternative Lending & Fintech Growth Fund I LP | Attn Gregory V. Demo | c/o Pachulski Stang Ziehl & Jones LLP | 1700 Broadway, 36th Floor | New York | NY | 10019 |
| Top 30 Largest Unsecured Creditors | Santa Cruz Imports, Inc. | Jonathan M. Bowne | Address on File | | | | |

**Exhibit C**
**Core/2002 Service List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Top 30 Largest Unsecured Creditors | Susan M. Cohen Trust | | Address on File | | | | |
| Top 30 Largest Unsecured Creditors | The O'Hara Family Trust | | Address on File | | | | |
| Top 30 Largest Unsecured Creditors; Attorneys We Alliance Secured Income Fund, LLC; We Alliance Structured Strategies Stock Allocations Fund, LLC; and We Alliance Structured Active Allocation Growth Fund, LLC | The Ryan Firm | Michael W Stolzman Jr | 2603 Main Street Suite 1225 | | Irvine | CA | 92614 |
| Top 30 Largest Unsecured Creditors | Thomas Ross Jackson Living Trust | Thomas Ross Jackson | Address on File | | | | |
| U.S. Securities and Exchange Commission | U.S. Securities and Exchange Commission | Attn Bankruptcy Counsel | 444 South Flower Street, Suite 900 | | Los Angeles | CA | 90071-9591 |
| Top 30 Largest Unsecured Creditors | Versailles Inc. | | Address on File | | | | |
| Top 30 Largest Unsecured Creditors | Yuli Hi Living Trust | | Address on File | | | | |