John D. Fiero (CA Bar No. 136557)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104-4436
Telephone: 415-263-7000
Email:    jfiero@pszjlaw.com

Gregory V. Demo, Esq.*
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: 212-561-7700
Email:    gdemo@pszjlaw.com
* To be admitted *pro hac vice*

*Counsel for Saluda Grade Asset Management, L.P.,
Saluda Grade Alternative Lending & Fintech
Growth Fund I LP, and Saluda Grade Alternative
Mortgage Trust 2022-PRE1*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC CAPITAL FUNDING GROUP INC.,<br><br>Debtors. | Lead Case No. 26-30538 (WJL)<br><br>Chapter 11<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Gregory V. Demo, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Saluda Grade Asset Management, L.P., Saluda Grade Alternative Lending & Fintech Growth Fund I LP, and Saluda Grade Alternative Mortgage Trust 2022-PRE1, parties in interest in the above-entitled action and any related adversary proceeding.

In support of this application, I certify on oath that:

Case: 26-30538   Doc# 19   Filed: 06/26/26   Entered: 06/26/26 14:03:08   Page 1 of 3

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above, and a Certificate of Good Standing is attached hereto as **Exhibit A**.

2. I have been granted *pro hac vice* admission by the Court zero (0) times in the 12 months preceding this application.

3. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court.

4. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> John D. Fiero (CA Bar No. 136557)
> PACHULSKI STANG ZIEHL & JONES LLP
> One Sansome Street, 34th Floor, Suite 3430
> San Francisco, CA 94104-4436
> Telephone: 415-263-7000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 26, 2026

*/s/ Gregory V. Demo*
Gregory V. Demo

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

# CERTIFICATE OF SERVICE

I certify that on June 26, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of California.

/s/ John D. Fiero
John D. Fiero (CA Bar No. 136557)

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA