John D. Fiero (CA Bar No. 136557)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104-4436
Telephone: 415-263-7000
Email:   jfiero@pszjlaw.com

Gregory V. Demo, Esq.*
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: 212-561-7700
Email:   gdemo@pszjlaw.com
* To be admitted *pro hac vice*

*Counsel for Saluda Grade Asset Management, L.P.,
Saluda Grade Alternative Lending & Fintech
Growth Fund I LP, and Saluda Grade Alternative
Mortgage Trust 2022-PRE1*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC CAPITAL FUNDING GROUP INC.,<br><br>Debtors. | Lead Case No. 26-30538 (WJL)<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Gregory V. Demo, whose business address and telephone number are Pachulski Stang Ziehl & Jones LLP, 1700 Broadway, 36th Floor, New York, NY 10019, Telephone Number (212) 561-7700, and who is a member in good standing of the bar of the State of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Saluda Grade Asset Management, L.P., Saluda Grade Alternative Lending & Fintech Growth Fund I LP, and Saluda Grade Alternative Mortgage Trust 2022-PRE1, parties in interest in the above-entitled action and any related adversary proceeding;

**IT IS HEREBY ORDERED** that the application is granted, subject to the terms and conditions of Civil L.R. 1103. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy court for the Northern District of California.

***END OF ORDER***

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**COURT SERVICE LIST**

All ECF participants.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4921-6415-9159.2 76909.00004