John D. Fiero (CA Bar No. 136557)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104-4436
Telephone: 415-263-7000
Email:    jfiero@pszjlaw.com

Gregory V. Demo, Esq.*
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: 212-561-7700
Email:    gdemo@pszjlaw.com
* To be admitted *pro hac vice*

*Counsel for Saluda Grade Asset Management, L.P.,
Saluda Grade Alternative Lending & Fintech
Growth Fund I LP, and Saluda Grade Alternative
Mortgage Trust 2022-PRE1*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Lead Case No. 26-30538 (WJL) |
| PACIFIC CAPITAL FUNDING GROUP INC., | Chapter 11 |
| Debtors. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE OF SALUDA GRADE ASSET MANAGEMENT, L.P., SALUDA GRADE ALTERNATIVE LENDING & FINTECH GROWTH FUND I LP, AND SALUDA GRADE ALTERNATIVE MORTGAGE TRUST 2022-PRE1** |

**PLEASE TAKE NOTICE THAT** Saluda Grade Asset Management, L.P., Saluda Grade Alternative Lending & Fintech Growth Fund I LP, and Saluda Grade Alternative Mortgage Trust 2022-PRE1 (the "Saluda Grade Entities"), parties in interest in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby appear by and through their counsel, Pachulski Stang Ziehl & Jones LLP ("PSZJ"). PSZJ hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), and Rule 9010(b) of the

Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and requests that the undersigned be added to any official mailing matrix and service lists in these Chapter 11 Cases. PSZJ requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these Chapter 11 Cases and copies of all papers served or required to be served in these Chapter 11 Cases, including, but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceed, be given and served upon the Saluda Grade Entities through service upon PSZJ at the addresses, telephone numbers, and facsimile numbers set forth below:

PACHULSKI STANG ZIEHL & JONES LLP
Gregory V. Demo, Esq.
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  212-561-7700
Email:    gdemo@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes all of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, cash-flow reports, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to these Chapter 11 Cases and any proceeding therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, or otherwise filed or given with regard to the above-referenced Chapter 11 Cases and the proceedings therein, all of which shall be sent to PSZJ, as listed above.

**PLEASE TAKE FURTHER NOTICE THAT** neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Saluda Grade Entities to (a) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (b) trial by jury in a proceeding so triable in these Chapter 11 Cases, (c) have the District Court

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (d) object to the jurisdiction of the Bankruptcy Court for any purpose, (e) any election of remedy, or (f) any rights, claims, actions and/or defenses, in law, in equity, or otherwise, all of which such rights, claims, actions and/or defenses are expressly reserved.

Dated: June 26, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ John D. Fiero*

John D. Fiero (CA Bar No. 136557)
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104-4436
Telephone: 415-263-7000
Email: jfiero@pszjlaw.com

- and -

Gregory V. Demo, Esq.*
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: 212-561-7700
Email: gdemo@pszjlaw.com
* To be admitted *pro hac vice*

*Counsel for Saluda Grade Asset Management, L.P., Saluda Grade Alternative Lending & Fintech Growth Fund I LP, and Saluda Grade Alternative Mortgage Trust 2022-PRE1*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**CERTIFICATE OF SERVICE**

I certify that on June 26, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of California.

/s/ John D. Fiero

John D. Fiero (CA Bar No. 136557)

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4912-8243-7559.1 76909.00004