PETER C. ANDERSON
UNITED STATES TRUSTEE
GREGORY S. POWELL (SBN 182199)
ASSISTANT UNITED STATES TRUSTEE
PHILLIP J. SHINE (SBN 318840)
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
450 Golden Gate Avenue, Room 05-0153
San Francisco, California 94102
Telephone: (415) 705-3333
Telecopier: (415) 705-3379
Email: *Phillip.shine@usdoj.gov*

Attorneys for the U.S. Trustee for Region 17
PETER C. ANDERSON

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>Pacific Capital Funding Group Inc.,<br><br>Debtor. | Case No. 26-30538 WJL<br>Chapter 11 |
| In re:<br>Pacific Private Money Group LLC,<br><br>Debtor. | Case No. 26-30535 WJL<br>Chapter 11 |
| In re:<br>Private Money Management Group LLC,<br><br>Debtor. | Case No. 26-30544 WJL<br>Chapter 11 |
| In re:<br>Pacific Mortgage Capital, LLC,<br><br>Debtor. | Case No. 26-30539 WJL<br>Chapter 11 |
| In re:<br>Pacific Note Fund Management Group LLC,<br><br>Debtor. | Case No. 26-30540 WJL<br>Chapter 11 |
| In re:<br>Pacific Private Money, Inc.,<br>Debtor. | Case No. 26-30533 WJL<br>Chapter 11 |

1

Case: 26-30538   Doc# 39   Filed: 07/08/26   Entered: 07/08/26 14:10:32   Page 1 of 3

| | |
|---|---|
| In re:<br>Pacific Private Money Partners LLC,<br><br>      Debtor. | Case No. 26-30536 WJL<br>Chapter 11 |
| In re:<br>Arrival Home Loans LLC,<br><br>      Debtor. | Case No. 26-30543 WJL<br>Chapter 11 |
| In re:<br>Pacific Private Money Fund 1 LLC,<br><br>      Debtor. | Case No. 26-30534 WJL<br>Chapter 11 |
| In re:<br>Pacific Southwest Note Fund LLC,<br><br>      Debtor. | Case No. 26-30541 WJL<br>Chapter 11 |
| In re:<br>Pacific Freedom Fund LLC,<br><br>      Debtor. | Case No. 26-30532 WJL<br>Chapter 11 |
| In re:<br>Pacific Opportunity Fund LLC,<br><br>      Debtor. | Case No. 26-30537 WJL<br>Chapter 11 |
| In re:<br>Arrival Fund I, LLC,<br><br>      Debtor. | Case No. 26-30542 WJL<br>Chapter 11 |

## <u>APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>

Pursuant to 11 U.S.C. § 1102(a), Peter C. Anderson, the United States Trustee for Region 17, by and through his undersigned counsel, hereby appoints the following unsecured creditors to be members of the Official Committee of Unsecured Creditors in the above-captioned cases:

/ / /

2

Case: 26-30538 Doc# 39 Filed: 07/08/26 Entered: 07/08/26 14:10:32 Page 2 of 3

1. Uzi Shamash

2. Aftab Omer

3. Robert Pellissier

4. James B. Dwyer

5. Andre Borgman

6. Deborah Daly

7. William Bagnell

8. Jayson Javitz

9. Matthew Quint

Dated: July 8, 2026

Respectfully Submitted,

PETER C. ANDERSON
UNITED STATES TRUSTEE

By:  /s/ *Greg Powell*
Greg Powell
Assistant United States Trustee

Case: 26-30538  Doc# 39  Filed: 07/08/26  Entered: 07/08/26 14:10:32  Page 3 of 3