JEFFER MANGELS & MITCHELL LLP
BENNETT G. YOUNG (Bar No. 106504)
*byoung@jeffer.com*
CHRISTOPHER K. WHANG (Bar No. 316916)
*cwhang@jeffer.com*
MELODY MOHAMMADI (Bar No. 351274)
*mmohammadi@jeffer.com*
333 Bush Street, 11th Floor
San Francisco, California 94104-2872
Telephone: (415) 398-8080
Facsimile: (415) 398-5584
Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. 26-30538 |
| Pacific Capital Funding Group Inc., | Chapter 11 |
| Debtor. | |
| In re: | Jointly Administered with: |
| Pacific Capital Funding Group Inc. | Case No. 26-30538 (WJL) |
| Pacific Private Money Group LLC | Case No. 26-30535 (WJL) |
| Private Money Management Group LLC | Case No. 26-30544 (WJL) |
| Pacific Mortgage Capital, LLC | Case No. 26-30539 (WJL) |
| Pacific Note Fund Management Group LLC | Case No. 26-30540 (WJL) |
| Pacific Private Money, Inc. | Case No. 26-30533 (WJL) |
| Pacific Private Money Partners LLC | Case No. 26-30536 (WJL) |
| Arrival Home Loans LLC | Case No. 26-30543 (WJL) |
| Pacific Private Money Fund 1 LLC | Case No. 26-30534 (WJL) |
| Pacific Southwest Note Fund LLC | Case No. 26-30541 (WJL) |
| Pacific Freedom Fund LLC | Case No. 26-30532 (WJL) |
| Pacific Opportunity Fund LLC | Case No. 26-30537 (WJL) |
| Arrival Fund I, LLC | Case No. 26-30542 (WJL) |

Affects:

☐ Pacific Capital Funding Group Inc.

☐ Pacific Private Money Group LLC

☐ Private Money Management Group LLC

☐ Pacific Mortgage Capital, LLC

☐ Pacific Note Fund Management Group LLC

☐ Pacific Private Money, Inc.

**NOTICE OF HEARING ON MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION UNDER BANKRUPTCY CODE SECTION 105(A) AND 363(B) FOR AUTHORIZATION TO EMPLOY AND RETAIN MICHAEL I. GOLDBERG AS A DIRECTOR**

Date:  July 17, 2026
Time:  10:00 a.m.
Location:  Courtroom 220
Judge:  Hon. William J. Lafferty

1

Case: 26-30538    Doc# 45    Filed: 07/10/26    Entered: 07/10/26 14:03:26    Page 1 of 3

☐ Pacific Private Money Partners LLC

☐ Arrival Home Loans LLC

☐ Pacific Private Money Fund 1 LLC

☐ Pacific Southwest Note Fund LLC

☐ Pacific Freedom Fund LLC

☐ Pacific Opportunity Fund LLC

☐ Arrival Fund I, LLC

☒ All Debtors

**PLEASE TAKE NOTICE** that a hearing on Pacific Capital Funding Group, Inc., Pacific Private Money, Inc., Private Money Management Group LLC, Pacific Southwest Note Fund LLC, Pacific Private Money Partners LLC, Pacific Private Money Group LLC, Pacific Private Money Fund LLC, Pacific Opportunity Fund LLC, Pacific Note Fund Management Group LLC, Pacific Freedom Fund LLC, Pacific Mortgage Capital LLC, Arrival Home Loans, LLC, and Arrival Fund I, LLC's, the debtors and debtors-in-possession (collectively the "**Debtors**") *Motion of Debtors and Debtors in Possession Under Bankruptcy Code Section 105(a) and 363(b) for Authorization to Employ and Retain Michael I. Goldberg as a Director* ("**Motion**"), in the above-captioned chapter 11 cases, will be held on July 17, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable William J. Lafferty, United States Bankruptcy Judge, in his courtroom, Courtroom 220, located at 1300 Clay Street, Suite 300, Oakland, CA 94612.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted via videoconference by Zoom. Counsel, parties, and other interested parties may attend in person in Courtroom 220, by Zoom video, or by Zoom telephone. Additional information is available on Judge Lafferty's Procedures page on the Court's website at https://www.canb.uscourts.gov/judge/lafferty/procedures, and information on how to attend the hearing by Zoom will be included with each calendar posted under the judge's calendar on the Court's website. If you have questions about how to participate in a video or telephonic hearing, you may contact the Court by calling (510) 879-3530.

Case: 26-36538   Doc# 45   Filed: 07/10/26   Entered: 07/10/26 14:03:26   Page 2 of 3

The Motion is on file with the Bankruptcy Court. A copy of the Motion may be obtained on request to the undersigned counsel to the Debtors.

By the Motion, the Debtors request entry of an Order granting, among other things, the following relief:

**1.     Motion of Debtors and Debtors in Possession Under Bankruptcy Code Section 105(a) and 363(b) for Authorization to Employ and Retain Michael I. Goldberg as a Director.**

The Debtors seek an order under Bankruptcy Code sections 105 and 363 authorizing the retention of Michael I. Goldberg as an independent director of the Debtors, effective as of the June 16, 2026 Petition Date.

Any written objection to the Motion must be filed and served on or before noon Pacific Daylight Time on July 16, 2026. Any oral objections to the Motion may be made at the hearing.

DATED:  July 10, 2026                    JEFFER MANGELS & MITCHELL LLP

By:     _/s/ Bennett G. Young_
          BENNETT G. YOUNG
          CHRISTOPHER K. WHANG
          MELODY MOHAMMADI
Attorneys for Debtors and Debtors-in-Possession

JMM | Jeffer Mangels & Mitchell LLP

NOTICE OF HEARING ON MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION UNDER BANKRUPTCY CODE SECTION 105(a) AND 363(b) FOR AUTHORIZATION TO EMPLOY AND RETAIN MICHAEL I. GOLDBERG AS A DIRECTOR