JEFFER MANGELS & MITCHELL LLP
BENNETT G. YOUNG (Bar No. 106504)
*byoung@jeffer.com*
CHRISTOPHER K. WHANG (Bar No. 316916)
*cwhang@jeffer.com*
MELODY MOHAMMADI (Bar No. 351274)
*mmohammadi@jeffer.com*
333 Bush Street, 11th Floor
San Francisco, California 94104-2872
Telephone: (415) 398-8080
Facsimile: (415) 398-5584
Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. 26-30538_____ |
| Pacific Capital Funding Group Inc., | Chapter 11 |
| Debtor. | |
| In re: | Jointly Administered with: |
| Pacific Capital Funding Group Inc. | Case No. 26-30538 (WJL) |
| Pacific Private Money Group LLC | Case No. 26-30535 (WJL) |
| Private Money Management Group LLC | Case No. 26-30544 (WJL) |
| Pacific Mortgage Capital, LLC | Case No. 26-30539 (WJL) |
| Pacific Note Fund Management Group LLC | Case No. 26-30540 (WJL) |
| Pacific Private Money, Inc. | Case No. 26-30533 (WJL) |
| Pacific Private Money Partners LLC | Case No. 26-30536 (WJL) |
| Arrival Home Loans LLC | Case No. 26-30543 (WJL) |
| Pacific Private Money Fund 1 LLC | Case No. 26-30534 (WJL) |
| Pacific Southwest Note Fund LLC | Case No. 26-30541 (WJL) |
| Pacific Freedom Fund LLC | Case No. 26-30532 (WJL) |
| Pacific Opportunity Fund LLC | Case No. 26-30537 (WJL) |
| Arrival Fund I, LLC | Case No. 26-30542 (WJL) |

Affects:

☐ Pacific Capital Funding Group Inc.

☐ Pacific Private Money Group LLC

☐ Private Money Management Group LLC

☐ Pacific Mortgage Capital, LLC

☐ Pacific Note Fund Management Group LLC

1

Case: 26-30538   Doc# 85   Filed: 06/05/26   Entered: 06/05/26 13:39:25   Page 1 of 3

NOTICE OF HEARING ON MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION TO ESTABLISH PROCEDURES FOR ASSET SALES

☐ Pacific Private Money, Inc.

☐ Pacific Private Money Partners LLC

☐ Arrival Home Loans LLC

☐ Pacific Private Money Fund 1 LLC

☐ Pacific Southwest Note Fund LLC

☐ Pacific Freedom Fund LLC

☐ Pacific Opportunity Fund LLC

☐ Arrival Fund I, LLC

☒ All Debtors

**NOTICE OF HEARING ON MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION TO ESTABLISH PROCEDURES FOR ASSET SALES**

Date: August 26, 2026
Time: 10:00 a.m.
Location: Courtroom 220
Judge: Hon. William J. Lafferty

**TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, THE SECURED LENDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that a hearing on Pacific Capital Funding Group, Inc., Pacific Private Money, Inc., Private Money Management Group LLC, Pacific Southwest Note Fund LLC, Pacific Private Money Partners LLC, Pacific Private Money Group LLC, Pacific Private Money Fund LLC, Pacific Opportunity Fund LLC, Pacific Note Fund Management Group LLC, Pacific Freedom Fund LLC, Pacific Mortgage Capital LLC, Arrival Home Loans, LLC, and Arrival Fund I, LLC's, the debtors and debtors-in-possession (collectively the "**Debtors**") *Motion of Debtors and Debtors-in-Possession to Establish Asset Sales Procedures* ("**Motion**") in the above-captioned chapter 11 cases, will be held on August 26, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable William J. Lafferty, United States Bankruptcy Judge, in his courtroom, Courtroom 220, located at 1300 Clay Street, Suite 300, Oakland, CA 94612.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted via videoconference by Zoom. Counsel, parties, and other interested parties may attend in person in Courtroom 220, by Zoom video, or by Zoom telephone. Additional information is available on Judge Lafferty's Procedures page on the Court's website at https://www.canb.uscourts.gov/judge/lafferty/procedures, and information on how to attend the

NOTICE OF HEARING ON MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION TO ESTABLISH PROCEDURES FOR ASSET SALES

Case: 26-90538 Doc# 85 Filed: 08/05/26 Entered: 08/06/26 13:39:27 Page 2 of 3

JMM | Jeffer Mangels & Mitchell LLP

hearing by Zoom will be included with each calendar posted under the judge's calendar on the Court's website. If you have questions about how to participate in a video or telephonic hearing, you may contact the Court by calling (510) 879-3530.

**PLEASE TAKE FURTHER NOTICE** that Motion is on file with the Bankruptcy Court. A copy of the Motion may be obtained on request to the undersigned counsel to the Debtors.

DATED:  August 5, 2026                    JEFFER MANGELS & MITCHELL LLP


By:      /s/ Bennett G. Young
                    BENNETT G. YOUNG
                    CHRISTOPHER K. WHANG
                    MELODY MOHAMMADI
        Attorneys for Debtors and Debtors-in-Possession

3

Case: 26-30538  Doc# 85  Filed: 08/05/26  Entered: 08/06/26 13:39:25  Page 3 of 3