# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA,
## OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. 26-30538 (WJL) |
| Pacific Capital Funding Group Inc., | Chapter 11 |
| Debtor. | |
| In re: | Jointly Administered with: |

| | |
|---|---|
| Pacific Capital Funding Group Inc. | Case No. 26-30538 (WJL) |
| Pacific Private Money Group LLC | Case No. 26-30535 (WJL) |
| Private Money Management Group LLC | Case No. 26-30544 (WJL) |
| Pacific Mortgage Capital, LLC | Case No. 26-30539 (WJL) |
| Pacific Note Fund Management Group LLC | Case No. 26-30540 (WJL) |
| Pacific Private Money, Inc. | Case No. 26-30533 (WJL) |
| Pacific Private Money Partners LLC | Case No. 26-30536 (WJL) |
| Arrival Home Loans LLC | Case No. 26-30543 (WJL) |
| Pacific Private Money Fund 1 LLC | Case No. 26-30534 (WJL) |
| Pacific Southwest Note Fund LLC | Case No. 26-30541 (WJL) |
| Pacific Freedom Fund LLC | Case No. 26-30532 (WJL) |
| Pacific Opportunity Fund LLC | Case No. 26-30537 (WJL) |
| Arrival Fund I, LLC | Case No. 26-30542 (WJL) |

Affects:

☐ Pacific Capital Funding Group Inc.

☐ Pacific Private Money Group LLC

☐ Private Money Management Group LLC

☐ Pacific Mortgage Capital, LLC

☐ Pacific Note Fund Management Group LLC

☐ Pacific Private Money, Inc.

☐ Pacific Private Money Partners LLC

☐ Arrival Home Loans LLC

☐ Pacific Private Money Fund 1 LLC

**CERTIFICATE OF SERVICE**

☐ Pacific Southwest Note Fund LLC

☐ Pacific Freedom Fund LLC

☐ Pacific Opportunity Fund LLC

☐ Arrival Fund I, LLC

☒ All Debtors

I, Scott M. Ewing, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On August 4, 2026, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs** [Docket No. 83]

Dated: August 5, 2026

*/s/ Scott M. Ewing*
Scott M. Ewing
Verita
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Interested Party | Ad Astra Law Group, P.C. | Katy Young | kyoung@astralegal.com |
| Top 30 Largest Unsecured Creditors; Committee of Unsecured Creditors | Andre S. Borgman and Eve Cooper, as Co-Trustees | | Email on File |
| Top 30 Largest Unsecured Creditors | Andrew D. Chew, as Trustee of The Chew Family Trust | | Email on File |
| California Department of Financial Protection and Innovation | California Department of Financial Protection and Innovation | Danielle A. Stoumbos, Daniel Lewis | daniel.lewis@dfpi.ca.gov; danielle.stoumbos@dfpi.ca.gov |
| Top 30 Largest Unsecured Creditors | David F. Martin and Cecilia J. Allen Martin | | Email on File |
| Committee of Unsecured Creditors | Deborah Daly | | Email on File |
| Top 30 Largest Unsecured Creditors | Edward and Terri Lynn Cousley | | Email on File |
| Attorneys for Creditors Jayson Javitz, Julie Barbin, Matthew Quint, Andy Wasserman & Rick Obbema | Fennemore LLP | Tracy Green | tgreen@fennemorelaw.com |
| Top 30 Largest Unsecured Creditors | Forge Trust CFBO Carolyn Clark | Carolyn Clark | Email on File |
| Top 30 Largest Unsecured Creditors; Committee of Unsecured Creditors | Forge Trust Co. CFBO Aftab Omer IRA | Aftab Omer | Email on File |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Fox Rothschild LLP | Michael A. Sweet, Jack Praetzellis, Noah Thomas | msweet@foxrothschild.com; jpraetzellis@foxrothschild.com; nthomas@foxrothschild.com |
| Interested Party | George Xifaras Living Trust | Dennis Louis Xifaras | Email on File |
| Top 30 Largest Unsecured Creditors | Grant and Dawnell Lewis | | Email on File |
| Committee of Unsecured Creditors | James B. Dwyer | | Email on File |
| Top 30 Largest Unsecured Creditors | James Holsworth | | Email on File |
| Top 30 Largest Unsecured Creditors | Janette Brooks, Trustee of The Linda Smith Family Trust | Janette Brooks | Email on File |
| Committee of Unsecured Creditors | Jayson Javitz | | Email on File |
| Top 30 Largest Unsecured Creditors | John J. Boyle and Judy S. Boyle 2007 Trust | | Email on File |
| Top 30 Largest Unsecured Creditors | John Zimmerman | | Email on File |
| Top 30 Largest Unsecured Creditors | Kaiser R. Mulla-Feroze Living Trust | Kaiser R. Mulla-Feroze | Email on File |
| Counsel for Russell Boyd Quinnell, through his IRA with Forge Trust Co.; Ann Wendell, Trustee of the Living Trust of Ellen L. Wendell Dated April 11, 2001; Curtis J. Revak and Pamela A. Revak; Vincent Carini, Trustee of the Vincent Carini Family Trust Dated July 20, 2017; Scott Revak and Kathleen Revak; Michel Kattan Baiz; Diablo Shores, LLC; Alan D. Cohoon & Hollis L. Cohoon & Margery Entwisle, Trustee, The Margery Entwisle Trust | Levinson Law APC | Benjamin R. Levinson | ben@thelevinsonlawoffice.com |
| Top 30 Largest Unsecured Creditors | Mark Anderson Living Trust | | Email on File |
| Top 30 Largest Unsecured Creditors | Mary Anne Rohde, Trustee of Mary Anne Rohde Trust | Mary Anne Rohde | Email on File |
| Committee of Unsecured Creditors | Matthew Quint | | Email on File |
| Top 30 Largest Unsecured Creditors | McClintock Properties, L.P | | Email on File |
| Top 30 Largest Unsecured Creditors | Michael P. Roy | | Email on File |
| Top 30 Largest Unsecured Creditors | N. Todd Smith Revocable Trust | | Email on File |
| Top 30 Largest Unsecured Creditors | Nan Frazee | | Email on File |
| Top 30 Largest Unsecured Creditors | Nicole Siminoff | | Email on File |
| Office of the United States Trustee | Office of the United States Trustee | Attn Phillip J. Shine | phillip.shine@usdoj.gov; USTPRegion17.SF.ECF@usdoj.gov |
| Interested Party; Counsel for Daniel and Kelly Descalo | Outwater & Pinckes, LLP | c/o Candice Bryner Crosby, David Outwater, Randi Pinckes | cbryner@oplawyers.com; doutwater@oplawyers.com; rpinckes@oplawyers.com |
| Counsel for Saluda Grade Asset Management, L.P., Saluda Grade Alternative Lending & Fintech Growth Fund I LP, and Saluda Grade Alternative Mortgage Trust 2022-PRE1 | Pachulski Stang Ziehl & Jones LLP | Gregory V. Demo, Esq. | gdemo@pszjlaw.com |

Case: 26-30538   Doc# 87   Filed: 08/05/26   Entered: 08/05/26 16:21:08   Page 4 of 7

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Saluda Grade Asset Management, L.P., Saluda Grade Alternative Lending & Fintech Growth Fund I LP, and Saluda Grade Alternative Mortgage Trust 2022-PRE1 | Pachulski Stang Ziehl & Jones LLP | John D. Fiero | jfiero@pszjlaw.com |
| Top 30 Largest Unsecured Creditors | Richard and Rebekah Obbema | | Email on File |
| Top 30 Largest Unsecured Creditors | Rick Obbema, Legal Owner Via Non-Trust Custodial IRA | Rick Obbema | Email on File |
| Top 30 Largest Unsecured Creditors | Robert Nobili, Trustee of the Robert Nobili Revocable Trust | | Email on File |
| Top 30 Largest Unsecured Creditors; Committee of Unsecured Creditors | Robert O. Pellissier | | Email on File |
| Top 30 Largest Unsecured Creditors | Santa Cruz Imports, Inc. | Jonathan M. Bowne | Email on File |
| Top 30 Largest Unsecured Creditors | Susan M. Cohen Trust | | Email on File |
| Top 30 Largest Unsecured Creditors | The O'Hara Family Trust | | Email on File |
| Attorneys for We Alliance Secured Income Fund, LLC; We Alliance Structured Strategies Stock Allocations Fund, LLC; And We Alliance Structured Active Allocation Growth Fund, LLC | The Ryan Firm | Michael W. Stolzman, Jr. | ecf@theryanfirm.com |
| Top 30 Largest Unsecured Creditors | Thomas Ross Jackson Living Trust | Thomas Ross Jackson | Email on File |
| U.S. Securities and Exchange Commission | U.S. Securities and Exchange Commission | Michelle Lo | lomi@sec.gov; JacobsonN@sec.gov |
| Committee of Unsecured Creditors | Uzi Shamash | | Email on File |
| Committee of Unsecured Creditors | William Bagnell | | Email on File |
| Top 30 Largest Unsecured Creditors | Yuli Hi Living Trust | | Email on File |

# Exhibit B

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the California Attorney General | California Attorney General | Bankruptcy Department | 1300 I St., Ste. 1740 | Sacramento | CA | 95814-2919 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | Philadelphia | PA | 19101-7346 |
| Loan Servicing Agent for Russell Boyd Quinnell, through his IRA with Forge Trust Co.; Ann Wendell, Trustee of the Living Trust of Ellen L. Wendell Dated April 11, 2001; Curtis J. Revak and Pamela A. Revak; Vincent Carini, Trustee of the Vincent Carini Family Trust Dated July 20, 2017; Scott Revak and Kathleen Revak; Michel Kattan Baiz; Diablo Shores, LLC; Alan D. Cohoon & Hollis L. Cohoon & Margery Entwisle, Trustee, The Margery Entwisle Trust | PLM Lender Services, Inc. | | 5446 Thornwood Drive, Second Floor | San Jose | CA | 95123 |
| Top 30 Largest Unsecured Creditors | Versailles Inc. | | Address on File | | | |

Case: 26-30538    Doc# 87    Filed: 08/05/26    Entered: 08/05/26 16:21:08    Page 7 of 7