LEVINSON LAW APC
BENJAMIN R. LEVINSON (Bar No. 116675)
E-Mail: *ben@thelevinsonlawoffice.com*
NATHANIEL J. LEVINSON (Bar No. 367870)
E-Mail: *nate@thelevinsonlawoffice.com*
4100 Moorpark Avenue, Suite 233
San Jose, CA 95117
Telephone: (408) 866-2999
Facsimile: (408) 866-2992

Attorney for Secured Creditors

## UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| In re:<br><br>Pacific Capital Funding Group Inc.,<br><br>Debtor. | Case No. 26-30538-WJL<br>Chapter 11 |

| | |
|---|---|
| In re: | Jointly Administered with: |
| Pacific Capital Funding Group Inc. | Case No. 26-30538-WJL |
| Pacific Private Money Group LLC | Case No. 26-30535-WJL |
| Private Money Management Group LLC | Case No. 26-30544-WJL |
| Pacific Mortgage Capital, LLC | Case No. 26-30539-WJL |
| Pacific Note Fund Management Group LLC | Case No. 26-30540-WJL |
| Pacific Private Money, Inc. | Case No. 26-30533-WJL |
| Pacific Private Money Partners LLC | Case No. 26-30536-WJL |
| Arrival Home Loans LLC | Case No. 26-30543-WJL |
| Pacific Private Money Fund 1 LLC | Case No. 26-30534-WJL |
| Pacific Southwest Note Fund LLC | Case No. 26-30541-WJL |
| Pacific Freedom Fund LLC | Case No. 26-30532-WJL |
| Pacific Opportunity Fund LLC | Case No. 26-30537-WJL |
| Arrival Fund I, LLC | Case No. 26-30542-WJL |
| | |
| Affects:<br>☐ Pacific Capital Funding Group Inc.<br>☐ Pacific Private Money Group LLC<br>☐ Private Money Management Group LLC<br>☐ Pacific Mortgage Capital, LLC | RS No. BRL-426<br><br>NOTICE OF HEARING ON MOTION FOR ORDER TERMINATING AUTOMATIC STAY OR REQUIRING ADEQUATE PROTECTION |

1

☐ Pacific Note Fund Management Group LLC
☐ Pacific Private Money, Inc.
☐ Pacific Private Money Partners LLC
☐ Arrival Home Loans LLC
☒ **Pacific Private Money Fund 1 LLC**
☐ Pacific Southwest Note Fund LLC
☐ Pacific Freedom Fund LLC
☐ Pacific Opportunity Fund LLC
☐ Arrival Fund I, LLC
☐ All Debtors

DATE: August 26, 2026
TIME: 9:30 a.m.
DEPT: 220 or by Zoom Video[1]

_____/

To Debtor Pacific Private Money Fund I, LLC, the Unsecured Creditors Committee, the United States Trustee; and to Debtor's Attorney of Record:

NOTICE IS HEREBY GIVEN that on August 26, 2026, at 9:30 a.m., or as soon thereafter as the matter can be heard in Courtroom No. 220 of the United States Bankruptcy Court located at 1300 Clay Street, Oakland, California, before the Honorable William J. Lafferty, III, United States Bankruptcy Judge, Secured Creditors Edward U. Cousley and Terri Lynn Cousley; D. Benjamin Cahn; Scott Revak and Kathleen Revak; Alan D. Cohoon and Hollis L. Cohoon; Patrick J. Hidalgo; Dale W. McKenzie, Trustee of the McKenzie Family Trust (collectively "Movants") will, and hereby do, move the Court to make an Order terminating the automatic stay for lack of equity and cause under 11 U.S.C. § 362(d) with respect to the interest of Debtor and the estate's interest in the real property commonly known as 7621 Healdsburg Avenue, Sebastopol, California (the "Healdsburg" property) and more particularly described as set forth in the deed of trust attached to the declaration filed herewith.

**Counsel and Parties, and other interested persons may attend the hearing by ZOOM WEBINAR. Additional information is available on Judge Lafferty's Procedures page on the court's website, and information on how to attend the hearing by Zoom Webinar will be included**

[1] Please see Judge Lafferty's posted calendar for this hearing at www.canb.uscourts.gov for information on how to attend via Zoom video.

NOTICE OF HEARING ON MOTION FOR ORDER TERMINATING AUTOMATIC STAY OR REQUIRING ADEQUATE PROTECTION

Case 26-80538   Doc# 90   Filed: 08/06/26   Entered: 08/06/26 10:04:17   Page 2 of 3

with each calendar posted under Judge Lafferty's Calendar on the court's website.

If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

PLEASE TAKE FURTHER NOTICE THAT a Respondent will not be required to, but may, file responsive pleadings, points and authorities, and declarations for any preliminary hearing.

NOTICE IS HEREBY FURTHER GIVEN that, should you fail to appear, either personally or through your attorney or representative at the time and place hereinabove set for hearing, the Bankruptcy Judge may grant the relief sought by Movants and may make an order terminating the automatic stay as to Debtor and the estate under 11 U.S.C. § 362(d) and authorizing and permitting Movants to begin and/or complete a foreclosure sale of the Property under Movants' loan, with waiver of Bankruptcy Rule 4001(a)(3) and California Civil Code § 2924g(d) to the extent that it applies and allowing the purchaser to obtain possession of the Property under California law without further order of the Court.

LEVINSON LAW APC

Dated: August 6, 2026

/S/ BENJAMIN R. LEVINSON
BENJAMIN R. LEVINSON,
Attorney for Movants

NOTICE OF HEARING ON MOTION FOR ORDER TERMINATING AUTOMATIC STAY OR REQUIRING ADEQUATE PROTECTION

Case: 26-30538    Doc# 90    Filed: 08/06/26    Entered: 08/06/26 10:04:17    Page 3 of 3